**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MARKWEST LIBERTY MIDSTREAM & RESOURCES, LLC, | : No. 576 WAL 2014 |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | |
| CECIL TOWNSHIP ZONING HEARING BOARD, | |
| Petitioner | |

| | |
|---|---|
| RANGE RESOURCES - APPALACHIA, LLC, | : No. 577 WAL 2014 |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | |
| CECIL TOWNSHIP ZONING HEARING BOARD, | |
| Petitioner | |

## ORDER

**PER CURIAM**

AND NOW, this 9th day of April, 2015, the Petition for Allowance of Appeal is DENIED.